UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1-50, )<br>)<br>Defendants. ) | Case No.  4:12CV01679 AGF |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion.  The Court previously ordered Defendant Doe No. 6 to provided explicit reasons in support of its objection to the Plaintiff's request for pertinent identifying information as part of the preliminary expedited sure discovery approved by the Court in this action.  (Doc. No. 15.) Thereafter, Doe No. 6 filed a statement repeating its objection but indicating only that it did not wish to comply with the discovery request or provide identifying information. This response, without more, is insufficient to excuse Doe No. 6 from participating in the Court-ordered expedited discovery and providing the information requested.  See Fed. R. Civ. P. 37(b).

Accordingly,

**IT IS HEREBY ORDERED** that Doe No. 6's objection, having been construed as a motion to quash the request for expedited discovery, is **DENIED**.

**IT IS FURTHER ORDERED** that Charter Communications, Inc. ("Charter"), the Internet Service Provider for Doe Number 6, is ordered to provide, on or before **May**

- 2 -

**16, 2013,** the requested identifying information in its possession regarding Doe Number 6.

  **IT IS FURTHER ORDERED** that Charter shall notify Doe Number 6 of Charter's obligation pursuant to this Order to disclose, on or before **May 16, 2013,** the requested identifying information.

           _____
           AUDREY G. FLEISSIG
           UNITED STATES DISTRICT JUDGE

Dated this 6th day of May, 2013.